KENNETH WAYNE JACKSON

v.

COMMONWEALTH OF VIRGINIA

No. 1467-86-2

Decided October 2, 1989

## UPON REHEARING EN BANC

**PER CURIAM.**—Upon a rehearing en banc, the judgment of the circuit court is reversed for the reasons stated by the majority in a panel of this Court in *Jackson v. Commonwealth*, 8 Va. App. 176, 380 S.E.2d 1 (1989).

Koontz, C.J., Barrow, J., Benton, J., Coleman, J., Duff, J., Hodges, J., Keenan, J., Moon, J., and Cole, J., concurred.